❏ Original          ❏ Duplicate O



CLERK'S OFFICE
A TRUE COPY
Apr 11, 2025
/s/MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| Information associated with email accounts further described in Attachment A, that is stored at premises owned, maintained, controlled, or operated by Yahoo Inc. | ) ) ) ) |

Case No. 25-M-359 (SCD)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    4-25-25    *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Stephen C. Dries_____.
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)* ❏ until, the facts justifying, the later specific date of _____.

Date and time issued:    4-11-25. 9:15 am                          *Stephen C. Dries*
                                                                        *Judge's signature*

City and state:      Milwaukee, Wisconsin              Hon. Stephen C. Dries, U.S. Magistrate Judge
                                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with email accounts sliprock900@yahoo.com, rb04364@yahoo.com, and gibanrose01@yahoo.com (the "Target Accounts"), that is stored at premises owned, maintained, controlled, or operated by Yahoo Inc., an electronic communications service and/or remote computing service provider headquartered at 770 Broadway, 9th Floor, New York, NY 10003-9562.

1

**ATTACHMENT B**

**Particular Things to be Seized**

**I.** **Information to be disclosed by Yahoo Inc. ("Yahoo")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Yahoo, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Yahoo is required to disclose the following information to the government for each account or identifier listed in Attachment A for the following information, for the time period of January 1, 2020 through the present:

a.    All business records and subscriber information, in any form kept, pertaining to the Account, including:

    a.    Names (including subscriber names, usernames, and screen names);

    b.    Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

    c.    Telephone numbers, including SMS recovery and alternate sign-in numbers;

    d.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

    e.    Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, and alternate sign-in numbers;

    f.    Length of service (including start date and creation IP) and types of service utilized;

g. Means and source of payment (including any credit card or bank account number); and

h. Change history.

b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Account(s), including, the date, time, length, and method of connection, data transfer volume, usernames, source and destination IP address, name of accessed service, and all activity logs;

d. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails. All forwarding or fetching accounts relating to the accounts.

e. Any records pertaining to the user's contacts, including address books; contact lists; social network links; groups, including groups to which the user belongs or communicates with; user settings; and all associated logs and change history.

f. The contents of all text, audio, and video messages associated with the account, in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history.

2

g.      All Location History and Web & App Activity indicating the location at which the account was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history.

h.      All Internet search and browsing history, and application usage history, including: search queries and clicks, including transcribed or recorded voice queries and responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history.

i.      All records pertaining to communications between Yahoo and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within FOURTEEN (14) DAYS of issuance of this warrant.

3

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, or instrumentalities of violations of 18 U.S.C. § 2251(a) or (c) and (e) (production and attempted production of child pornography; 18 U.S.C. § 2252(a)(1) and (b)(1) (transportation and attempted transportation of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution and attempted receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2252(a)(4)(B) and (b)(2) (possession of or access with intent to view and attempted possession of or access with intent to view a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2422(b) (coercion and enticement and attempted coercion and enticement of a minor); involving the Yahoo emails listed in Attachment A, including the following:

a.      All files, documents, communications, images, videos, contacts, metadata, and logs associated with Yahoo emails in Attachment A related to visual depictions of minors engaging in sexually explicit conduct or child pornography, along with any evidence that would tend to show the true identities of the persons committing these offenses or the identities of the persons depicted in the images, videos, or other files.

b.      All activity logs and IP logs, including all records of the IP addresses that logged into the accounts or uploaded files into the accounts.

c.      Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

d.      Evidence indicating the account owner's state of mind as it relates to the crimes under investigation;

e.     Evidence concerning the ownership, use, and/or creation of the account, including records that help reveal the whereabouts of such person(s).

f.     All account information, including:

i)     full name; email address; telephone number; length of service; status of account (whether the account is active or disabled); settings on account to include if the account or its folders are open to the public to view and/or upload files to; type of account; payment information; IP addresses for account login and uploads; last seen IP addresses of computers linked to the account; mobile device information;

ii)     All logs of devices and accompanying serial or model numbers and other identifying numbers to include dates of activation, registration, deactivation, or use;

g.     All records pertaining to communications between Yahoo and any person regarding the user or the user's account, including contacts with support services and records of actions taken.

5



CLERK'S OFFICE
A TRUE COPY
Apr 11, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Information associated with email accounts further<br>described in Attachment A, that is stored at premises<br>owned, maintained, controlled, or operated by Yahoo Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. **25-M-359 (SCD)** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) or (c)&<br>(e); 2252(a)(1)& (b)(1); 2252(a)<br>(2) & (b)(1); et al. | Production or attempted of CP; Transportation or attempted of a visual depiction<br>of a minor engaged in sexually explicit conduct; Receipt or distribution or<br>attempted of a visual depiction of a minor engaged in sexually explicit conduct |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

JULIUS KLEVINSKAS    <small>Digitally signed by JULIUS KLEVINSKAS<br>Date: 2025.04.09 10:53:31 -05'00'</small>

*Applicant's signature*

Julius Klevinskas, DHS Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ Telephone _____ *(specify reliable electronic means).*

Date: _____ 4-11-25 _____

*Judge's signature*

City and state: Milwaukee, Wisconsin    Honorable Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

I, Julius Klevinskas, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with email accounts sliprock900@yahoo.com, rb04364@yahoo.com, and gibanrose01@yahoo.com (the "Target Accounts"), that is stored at premises owned, maintained, controlled, or operated by Yahoo Inc., an electronic communications service and/or remote computing service provider headquartered at 770 Broadway, 9th Floor, New York, NY 10003-9562. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Yahoo to disclose to the government copies of the information (including the content of communications) further described in Attachment B.

2.      I am a sworn law enforcement officer currently employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since approximately January 2023. I am currently assigned to the Chicago Field Division – Milwaukee Resident Office (RAC). Since becoming a Special Agent, I have received specialized training in various aspects of law enforcement and my responsibilities include conducting investigations of alleged criminal violations of federal statutes and laws. Prior to my tenure as a HSI Special Agent, I was a Diversion Investigator with the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), Milwaukee District Office, from approximately July 2019 to January 2023.

3.     Based on my training and experience, I know that individuals who engage in criminal activity using online accounts often save, store, or possess digital information, data, and evidence within their online accounts. I know that as a regular course of business, many electronic communication service providers maintain said digital information and content for a period of time, and make it available to law enforcement agencies to seek with service of a legal Court Order. I also know that as a regular course of business, electronic communication service providers may maintain internal records that the company may collect from each individual user as set by the agreed upon terms of service at the time of account activation. These internal records may include various subscriber information such as IP address logs, user event time/date stamps, device identification, phone numbers, email addresses, etc.

4.     The facts in this affidavit come from my personal observations, my training, and experience and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251(a), (c), and (e) – Sexual exploitation of children, and attempts and conspiracies to sexually exploit children; 18 U.S.C. §§ 2252(a)(1) & (b)(1) and 2252A(a)(1) & (b)(1) – Transportation and attempted transportation of child pornography; 18 U.S.C. §§ 2252(a)(2) & (b)(1) and 2252A(a)(2) & (b)(1) – Distribution and attempted distribution of child pornography; 18 U.S.C. §§ 2252(a)(2) & (b)(1) and 2252A(a)(2) & (b)(1) – Receipt and attempted receipt of child pornography; 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) and 2252A(a)(5)(B) & (b)(2) – Possession and attempted possession of child pornography; 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) and 2252A(a)(5)(B) & (b)(2) – Accessing and attempting to

2

access material with the intent to view child pornography; and 18 U.S.C. § 2422(b) – Coercion and enticement and attempted coercion and enticement of a minor, have been committed by the user of the Target Accounts. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## STATUTORY AUTHORITY

7.      As noted above, this investigation concerns alleged violations of the following:

a.      18 U.S.C. § 2251(a) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; or if such visual depiction has actually been transported or

3

transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or attempting or conspiring to do so.

b.      18 U.S.C. § 2251(c) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct, if the person intends such visual depiction to be transported to the United States, its territories or possession, by any means, including by using any means or facility of interstate or foreign commerce or mail; or if the person transports such visual depiction to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail; or attempting or conspiring to do so.

c.      18 U.S.C. § 2252(a)(1) and (b)(1) prohibit any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer or mail, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

d.      18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution

4

using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

e.     18 U.S.C. § 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

f.     18 U.S.C. § 2252A(a)(1) and (b)(1) prohibit a person from knowingly mailing or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8), or attempting or conspiring to do so.

g.     18 U.S.C. § 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign

5

commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

h. 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

i. 18 U.S.C. § 2422(b) prohibits any person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

Background on Online Child Sex Trafficking and Exploitation

8. HSI is investigating individuals who provide access to pre-produced child sexual abuse material and live-streaming online webcam shows involving the sexual abuse of children to paying customers worldwide. This growing transnational child-sexual-abuse industry includes child sex traffickers in, among other places, the Philippines, who collect viewership fees from vetted customers scattered throughout the world. Paying customers often request that these child sex traffickers provide pre-recorded depictions of minors engaging in sexually explicit conduct or

6

sexually abuse minors in real time during private webcam interactions on a variety of streaming video services and applications.

9.     Based on my training, experience, and information conveyed to me by other law enforcement agents involved in the investigation of live-streaming depictions of child sexual abuse, I know that it is common for such traffickers in the Philippines and elsewhere to be communicating with a large number of individuals who are paying for access to such material. I also know that it is common for the paying customers to be communicating with other traffickers—and sometimes many other traffickers—who are selling access to similar material over the internet. These individuals often use a variety of money service businesses to pay the traffickers or associates of the traffickers for access to this material, including Western Union, WorldRemit, MoneyGram, PayPal, Xoom, and Remitly.

10.     I also know that the purchasing individuals often find ways to capture the live-streamed child sexual abuse and exploitation, either by recording the live shows onto their computers or taking still photographs (including "screen captures" or "screen shots") of the abuse, which can also be stored on the individual's computer or an electronic storage device. Such individuals often also save any pre-produced child sexual abuse material the traffickers provide to their computer or an electronic device for later viewing or distribution.

11.     HSI has identified an individual (hereinafter referred to as the "TRAFFICKER") operating a child-sex-trafficking network from the Philippines. Based on undercover activity and other investigation, HSI is aware that the TRAFFICKER did, in fact, have access to minors to sexually abuse on camera and has offered to provide access, through the TRAFFICKER's Skype account, to visual depictions of one or more minors engaging in sexually explicit conduct in

7

exchange for money. The investigation has revealed that the Skype account live:sliprock900 was communicating with at least one TRAFFICKER.

## Communications between live:sliprock900 and the TRAFFICKER-1

12.     In response to a federal search warrant, Microsoft provided HSI with information associated with the Skype account used by the TRAFFICKER, hereinafter referred to as "TRAFFICKER-1". The information provided by Skype revealed chat content between the TRAFFICKER-1 and the Skype account live:sliprock900.

13.     Specifically, according to the Microsoft records, between March 5, 2019, and October 27, 2020, the Skype account live:sliprock900 and the TRAFFICKER-1 exchanged approximately 79 messages, 8 calls, and 0 media files.

14.     I have reviewed the Skype chat communications between the Skype account live:sliprock900 and the TRAFFICKER-1. Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money.

15.     The following excerpts are an example of conversations contained in chat data obtained from the search warrant:

| Participants | Message | Message Sent Time |
|---|---|---|
| **Sender: TRAFFICKER-1**<br>**Receiver(s): live:sliprock900** | Hiii | 2019-03-05 13:08:45 |
| **Sender: live:sliprock900**<br>**Receiver(s): TRAFFICKER-1** | Oh hi<context suggestionId='f05573c0-600e-496c-b4d0-1b905ae154da' | 2019-03-05 13:09:05 |

8

| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Call started | 2019-03-05 14:40:58 |
|---|---|---|
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Call started | 2019-03-05 14:41:17 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Call ended after 62.299 seconds | 2019-03-05 14:42:13 |
| Sender: **live:sliprock900**<br>Receiver(s): **TRAFFICKER-1** | Call missed | 2019-03-05 15:30:59 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | I'm here | 2019-03-05 16:09:50 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Sorry net having pro lem | 2019-03-05 16:10:00 |
| Sender: **live:sliprock900**<br>Receiver(s): **TRAFFICKER-1** | ok | 2019-03-05 16:13:54 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Wanna play again hun | 2019-03-05 16:15:41 |
| Sender: **live:sliprock900**<br>Receiver(s): **TRAFFICKER-1** | who bb? | 2019-03-05 16:17:48 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | A girl that do show onu earlier | 2019-03-05 16:25:16 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | U like? | 2019-03-05 16:25:47 |
| Sender: **live:sliprock900**<br>Receiver(s): **TRAFFICKER-1** | sure | 2019-03-05 16:25:55 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Ok | 2019-03-05 16:26:01 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Can I open my room now | 2019-03-05 16:26:10 |
| Sender: **live:sliprock900**<br>Receiver(s): **TRAFFICKER-1** | what room i forgot | 2019-03-05 16:26:24 |
| Sender: **TRAFFICKER-1**<br>Receiver(s): **live:sliprock900** | Wait hun | 2019-03-05 16:27:46 |

9

| | | |
|---|---|---|
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | wildmilkyangel | 2019-03-05 16:31:56 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | Still there | 2019-03-05 16:32:02 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | Room is open now | 2019-03-05 16:32:04 |
| *Sender:* **live:sliprock900** *Receiver(s):* **TRAFFICKER-1** | what site? | 2019-03-05 16:32:16 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | Asian24/7 | 2019-03-05 16:33:13 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | wildmilkyangel | 2019-03-05 16:33:24 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | ROM name | 2019-03-05 16:33:27 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | R u going to come | 2019-03-05 16:33:54 |
| *Sender:* **live:sliprock900** *Receiver(s):* **TRAFFICKER-1** | Yeah, I am coming<context suggestionId='9517192e-33d2-4e82-85e2-eb6c176fb8c1' | 2019-03-05 16:34:01 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | R u going to come | 2019-03-05 16:34:08 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | ROom is open now | 2019-03-05 16:34:09 |
| *Sender:* **live:sliprock900** *Receiver(s):* **TRAFFICKER-1** | only have  15 now | 2019-03-05 16:35:57 |
| *Sender:* **live:sliprock900** *Receiver(s):* **TRAFFICKER-1** | or have to wait till later | 2019-03-05 16:36:08 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | Only 15 | 2019-03-05 16:36:30 |
| *Sender:* **live:sliprock900** *Receiver(s):* **TRAFFICKER-1** | go prvt? | 2019-03-05 16:36:31 |
| *Sender:* **TRAFFICKER-1** *Receiver(s):* **live:sliprock900** | Tip hun | 2019-03-05 16:36:47 |

10

| | | |
|---|---|---|
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Tip hun | 2019-03-05 16:37:47 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Did u sent tip now | 2019-03-05 16:37:51 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Wat happen | 2019-03-05 16:37:52 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | U gone | 2019-03-05 16:37:52 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | how much? | 2019-03-05 16:38:06 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | 15 | 2019-03-05 16:38:17 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | OK Hun | 2019-03-05 16:39:25 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Yes hun | 2019-03-05 16:39:26 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | ok | 2019-03-05 16:40:18 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | Call started | 2019-03-05 16:41:09 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | OK tnx hun | 2019-03-05 16:41:26 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | I call her now | 2019-03-05 16:41:35 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | ok | 2019-03-05 16:41:41 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | dont see you | 2019-03-05 16:41:49 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Hun my girl want u to add more | 2019-03-05 16:42:18 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | i said thats all i have | 2019-03-05 16:42:34 |

| | | |
|---|---|---|
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | I know | 2019-03-05 16:42:41 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | That wat I did said | 2019-03-05 16:42:48 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Can u add somemore | 2019-03-05 16:43:09 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | ok i can block you and never do this again | 2019-03-05 16:43:24 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Pls dont | 2019-03-05 16:43:43 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | I convince her now | 2019-03-05 16:44:09 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | Call ended after 222.507 seconds | 2019-03-05 16:44:52 |
| *Sender:* **live:sliprock900**<br>*Receiver(s):* **TRAFFICKER-1** | ok never again | 2019-03-05 16:45:07 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Back | 2019-03-05 16:49:21 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Sorr6  got dc | 2019-03-05 16:49:33 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Call missed | 2019-03-05 16:51:16 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Hey | 2019-03-05 16:51:38 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | U see | 2019-03-05 16:52:13 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Msg me so I know | 2019-03-05 16:52:27 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Call missed | 2019-03-05 16:55:37 |
| *Sender:* **TRAFFICKER-1**<br>*Receiver(s):* **live:sliprock900** | Wer r u now | 2019-03-05 16:55:41 |

| Sender: TRAFFICKER-1<br>Receiver(s): live:sliprock900 | She here now | 2019-03-05 16:55:48 |

### Communications live:3535383e50cdaf4 and the TRAFFICKER-2

16.     In response to a federal search warrant, Microsoft provided HSI with information associated with the Skype account used by the TRAFFICKER, hereinafter referred to as "TRAFFICKER-2". The information provided by Skype revealed chat content between the TRAFFICKER-2 and the Skype account live:3535383e50cdaf4.

17.     Specifically, according to the Microsoft records, between June 7, 2020, and June 18, 2020, the Skype account live:3535383e50cdaf4 and the TRAFFICKER-2 exchanged approximately 25 messages and 1 call.

18.     I have reviewed the Skype chat communications between the Skype account live:3535383e50cdaf4 and the TRAFFICKER-2. Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money.

19.     The following excerpts are an example of conversations contained in chat data obtained from the search warrant:

| Participants | Message | Message Sent Time |
|---|---|---|
| Sender: live:3535383e50cdaf4<br>Receiver(s): TRAFFICKER-2 | how old your girl? | 2020-06-07 02:16:39 |

13

| | | |
|---|---|---|
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | why | 2020-06-07 02:17:04 |
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | tell me staright u like yojnger | 2020-06-07 02:17:13 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | like all bb and older too | 2020-06-07 02:17:28 |
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | HON CAN I OFFER U SHOW EHRE? | 2020-06-07 02:18:45 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | what u do in show? | 2020-06-07 02:19:22 |
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | \OR CAN U LET ME SELL U VIDEOS<br>IOF YOUNGER | 2020-06-07 02:19:32 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | age? | 2020-06-07 02:19:50 |
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | 12 AND 9 | 2020-06-07 02:20:52 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | b and g? | 2020-06-07 02:21:10 |
| *Sender:* TRAFFICKER-2<br>*Receiver(s):* live:3535383e50cdaf4 | G | 2020-06-07 02:21:45 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | cool | 2020-06-07 02:21:52 |
| *Sender:* live:3535383e50cdaf4<br>*Receiver(s):* TRAFFICKER-2 | show me some | 2020-06-07 02:22:44 |

**Communications between live:sliprock900 and the TRAFFICKER-3**

20.     In response to a federal search warrant, Microsoft provided HSI with information associated with the Skype account used by the TRAFFICKER, hereinafter referred to as "TRAFFICKER-3". The information provided by Skype revealed chat content between the TRAFFICKER-3 and the Skype account live:sliprock900.

14

21.    Specifically, according to the Microsoft records, between June 20, 2018, and March 5, 2019, the Skype account live:sliprock900 and the TRAFFICKER-3 exchanged approximately 695 messages, 7 calls, and 4 media files.

22.    I have reviewed the Skype chat communications between the Skype account live:sliprock900 and the TRAFFICKER-3. Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money.

23.    The following excerpts are an example of conversations contained in chat data obtained from the search warrant:

| Participants | Message | Message Sent Time |
|---|---|---|
| *Sender:* TRAFFICKER-3 *Receiver(s):* live:sliprock900 | wait u  sent hun so that i log out in site | 2019-01-12 03:46:04 |
| *Sender:* live:sliprock900 *Receiver(s):* TRAFFICKER-3 | yes | 2019-01-12 03:46:24 |
| *Sender:* live:sliprock900 *Receiver(s):* TRAFFICKER-3 | i sent now | 2019-01-12 03:48:49 |
| *Sender:* live:sliprock900 *Receiver(s):* TRAFFICKER-3 | ok now? | 2019-01-12 03:50:39 |
| *Sender:* TRAFFICKER-3 *Receiver(s):* live:sliprock900 | u done sent hun ? | 2019-01-12 03:50:41 |
| *Sender:* live:sliprock900 *Receiver(s):* TRAFFICKER-3 | yes | 2019-01-12 03:50:45 |
| *Sender:* TRAFFICKER-3 *Receiver(s):* live:sliprock900 | wait i check hun | 2019-01-12 03:50:49 |

15

| | | |
|---|---|---|
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **thank u so  much  hun** | **2019-01-12 03:52:16** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **ready?** | **2019-01-12 03:53:18** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **wait hun  she pee** | **2019-01-12 03:53:32** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **all 3?** | **2019-01-12 03:53:45** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **10  and 14  only here  hun** | **2019-01-12 03:54:04** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **the 13   outside  go  to her classmate** | **2019-01-12 03:54:24** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **ok** | **2019-01-12 03:54:29** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **so  2 girls ?** | **2019-01-12 03:54:35** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **sure start mnow** | **2019-01-12 03:54:48** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **the 14 here  now   the 10  wait for  amin . <br> hun  she buy ouside** | **2019-01-12 03:55:17** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **we wait her  we start for 14 now ?** | **2019-01-12 03:55:30** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **ok'** | **2019-01-12 03:55:39** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **we wait  the or we start the 14 now ?** | **2019-01-12 03:55:51** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **how long wait?** | **2019-01-12 03:56:06** |
| *Sender:* **TRAFFICKER-3** <br> *Receiver(s):* **live:sliprock900** | **b4 10 mins** | **2019-01-12 03:56:18** |
| *Sender:* **live:sliprock900** <br> *Receiver(s):* **TRAFFICKER-3** | **start now** | **2019-01-12 03:56:28** |

16

| | | |
|---|---|---|
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **ahh ok** | **2019-01-12 03:56:32** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **call  now hun** | **2019-01-12 03:56:55** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **Call started** | **2019-01-12 03:57:14** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **hello  hun** | **2019-01-12 03:57:28** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **hi** | **2019-01-12 03:57:32** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **so  waht u her like to do  now for you ?** | **2019-01-12 03:58:14** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **tell hun** | **2019-01-12 03:58:21** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **remember  hun  no fucking   ok ?** | **2019-01-12 03:58:34** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **see her hottt body** | **2019-01-12 03:58:37** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **sure** | **2019-01-12 03:58:42** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **mmmm** | **2019-01-12 03:59:06** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **lots of hair mmmm** | **2019-01-12 03:59:25** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **ohh yeahhh** | **2019-01-12 03:59:34** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **u like ?** | **2019-01-12 03:59:37** |
| *Sender:* live:sliprock900 <br> *Receiver(s):* TRAFFICKER-3 | **yes bb** | **2019-01-12 03:59:42** |
| *Sender:* TRAFFICKER-3 <br> *Receiver(s):* live:sliprock900 | **thats good to hear hun** | **2019-01-12 03:59:52** |

17

| Sender: TRAFFICKER-3 Receiver(s): live:sliprock900 | y 10 dont have yet hair | 2019-01-12 04:00:02 |
|---|---|---|
| Sender: live:sliprock900 Receiver(s): TRAFFICKER-3 | ic | 2019-01-12 04:00:14 |
| Sender: live:sliprock900 Receiver(s): TRAFFICKER-3 | wish i see her too | 2019-01-12 04:00:24 |
| Sender: TRAFFICKER-3 Receiver(s): live:sliprock900 | yes will she coe hun | 2019-01-12 04:00:33 |
| Sender: live:sliprock900 Receiver(s): TRAFFICKER-3 | she like to play her pussy? | 2019-01-12 04:01:20 |
| Sender: TRAFFICKER-3 Receiver(s): live:sliprock900 | yes but rub and open wide only hun | 2019-01-12 04:01:35 |
| Sender: TRAFFICKER-3 Receiver(s): live:sliprock900 | no fuck | 2019-01-12 04:01:39 |
| Sender: live:sliprock900 Receiver(s): TRAFFICKER-3 | ok | 2019-01-12 04:01:41 |

**Communications between live:3535383e50cdaf4 and the TRAFFICKER-4**

24.    In response to a federal search warrant, Microsoft provided HSI with information associated with the Skype account used by the TRAFFICKER, hereinafter referred to as "TRAFFICKER-4". The information provided by Skype revealed chat content between the TRAFFICKER-4 and the Skype account live:3535383e50cdaf4.

25.    Specifically, according to the Microsoft records, between May 21, 2021, and May 23, 2021, the Skype account live:3535383e50cdaf4 and the TRAFFICKER-4 exchanged approximately 78 messages and 1 call.

26.    I have reviewed the Skype chat communications between the Skype account live:3535383e50cdaf4 and the TRAFFICKER-4. Based on my review, my training, experience, and information conveyed to me by other law enforcement officers involved with the investigation

18

of online child sex trafficking, I believe the chat conversations are consistent with the sale of live-streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker provides another individual with access to pre-produced or live-streaming video depictions of minors engaged in sexually explicit conduct in exchange for money.

27.     The following excerpts are an example of conversations contained in chat data obtained from the search warrant:

| Participants | Message | Message Sent Time |
|---|---|---|
| **Sender:** live:3535383e50cdaf4<br>**Receiver(s):** live:TRAFFICKER-4 | **hi** | **2021-05-21 14:59:28** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **hello ty for accept** | **2021-05-21 14:59:32** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **what do u like** | **2021-05-21 14:59:48** |
| **Sender:** live:3535383e50cdaf4<br>**Receiver(s):** live:TRAFFICKER-4 | **g** | **2021-05-21 15:00:00** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **what do u pay?** | **2021-05-21 15:00:04** |
| **Sender:** live:3535383e50cdaf4<br>**Receiver(s):** live:TRAFFICKER-4 | **what she do?** | **2021-05-21 15:00:20** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **i play her if u like** | **2021-05-21 15:00:24** |
| **Sender:** live:3535383e50cdaf4<br>**Receiver(s):** live:TRAFFICKER-4 | **mmm nice** | **2021-05-21 15:00:37** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **ok** | **2021-05-21 15:00:43** |
| **Sender:** live:3535383e50cdaf4<br>**Receiver(s):** live:TRAFFICKER-4 | **can i see her bb?** | **2021-05-21 15:00:45** |
| **Sender:** live:TRAFFICKER-4<br>**Receiver(s):** live:3535383e50cdaf4 | **very slow net but u will wait** | **2021-05-21 15:01:19** |

| | | |
|---|---|---|
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **Call started** | **2021-05-21 15:01:24** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **ok** | **2021-05-21 15:02:21** |
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **ok now** | **2021-05-21 15:03:22** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **ok  now** | **2021-05-21 15:03:27** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **pussy** | **2021-05-21 15:03:54** |
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **can u pay** | **2021-05-21 15:03:58** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **yes** | **2021-05-21 15:04:07** |
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **where** | **2021-05-21 15:04:08** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **tip** | **2021-05-21 15:04:24** |
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **how much** | **2021-05-21 15:04:59** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **when i see** | **2021-05-21 15:05:20** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **a little** | **2021-05-21 15:05:27** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **you show some** | **2021-05-21 15:08:06** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **ur tits** | **2021-05-21 15:08:11** |
| *Sender:* **live:TRAFFICKER-4** <br> *Receiver(s):* **live:3535383e50cdaf4** | **u dont like with my young** | **2021-05-21 15:08:55** |
| *Sender:* **live:3535383e50cdaf4** <br> *Receiver(s):* **live:TRAFFICKER-4** | **yes i do** | **2021-05-21 15:09:07** |

| | | |
|---|---|---|
| **Sender:** live:TRAFFICKER-4 <br> **Receiver(s):** live:3535383e50cdaf4 | **then tip** | **2021-05-21 15:09:10** |
| **Sender:** live:3535383e50cdaf4 <br> **Receiver(s):** live:TRAFFICKER-4 | **she suck?** | **2021-05-21 15:09:16** |
| **Sender:** live:TRAFFICKER-4 <br> **Receiver(s):** live:3535383e50cdaf4 | **yesss** | **2021-05-21 15:09:18** |
| **Sender:** live:3535383e50cdaf4 <br> **Receiver(s):** live:TRAFFICKER-4 | **mmmmm** | **2021-05-21 15:11:08** |
| **Sender:** live:3535383e50cdaf4 <br> **Receiver(s):** live:TRAFFICKER-4 | **nice** | **2021-05-21 15:11:43** |
| **Sender:** live:3535383e50cdaf4 <br> **Receiver(s):** live:TRAFFICKER-4 | **her pussy too** | **2021-05-21 15:12:05** |
| **Sender:** live:TRAFFICKER-4 <br> **Receiver(s):** live:3535383e50cdaf4 | **tip for her** | **2021-05-21 15:12:31** |
| **Sender:** live:TRAFFICKER-4 <br> **Receiver(s):** live:3535383e50cdaf4 | **Call ended after 734.298 seconds** | **2021-05-21 15:13:35** |

### Information Related to the User of the SUBJECT ACCOUNTS

28.     The records and information provided by Skype/Microsoft show that the user of

the Skype accounts provided personally identifying information, including the following:

a.  The following information, relating to the Skype account live:3535383e50cdaf4, was

obtained via summons HSI-PM-2022-017953 and ICE-HSI-PM-2022-00231:

Username: *live:3535383e50cdaf4*
Sign-In Name:  19204702736
First Name: Richard
Last Name: Bartelt
Country: United States
Account Creation: October 7, 2016 19:01:59 UTC

b.  The following information, relating to the Skype account live:sliprock900, was obtained

via summons ICE-HSI-PM-2022-00046:

21

Username: sliprock900
Sign-In Name: sliprock900@yahoo.com
First Name: Stan
Last Name: Mann
Country: United States
Account Creation: November 28, 2016 02:32:28 UTC
Current email address: gibanrose01@yahoo.com

c. PayPal/Xoom Summons Information

Summons HSI-PM-2023-129471 was issued to PayPal & XOOM for email account

gibanrose01@yahoo.com.  The following information was obtained:

First Name: richard
Last Name: bartelt
Address: W5994 Garnet Dr, Appleton, US-WI 54915-7401
DOB: 02/04/1952
Phone: 920-470-2736
Account number: 11060559
Bank Name: Fox Communities Credit Union
Email address: rb04364@yahoo.com

d. Open-Source and Law Enforcement Database Checks

Database checks showed historical addresses for BARTELT matched the addresses provided

by PayPal/XOOM, with an additional address of 4850 N. Wren Drive in Appleton, Wisconsin.

The phone number listed in the PayPal/XOOM account was the same "sign in name" provided

in Microsoft summons return data for Skype account live:3535383e50cdaf4.

**Interview of Richard BARTELT**

29.     On or about August 28, 2024, HSI Special Agent assigned to Homeland Security

Investigations, Sault Ste. Marie, Michigan, was contacted by Customs and Border Protection –

Office of Field Operations (CBP-OFO) at the International Bridge Plaza Port of Entry in Sault Ste.

22

Marie concerning the detention of Richard BARTELT and his spouse upon making entry into the United States from Ontario, Canada.

30.     The HSI Special Agent responded to the International Bridge Plaza where he conducted a custodial interview of BARTELT with the assistance of CBP-OFO. Upon his voluntary waiver of his Miranda Rights, BARTELT made the following statements in sum, but not verbatim:

- That he confirmed that his name is Richard Myron BARTELT and that his date of birth is February 4, 1952.

- That he's been viewing adult and child pornography for approximately two years.

- That he last accessed adult or child pornography approximately one year ago on unknown websites.

- That he engaged in online live streaming and conversed with unknown individuals.

- That he occasionally compensated these individuals a "buck or two" for the service.

- That the individuals that he conversed with via live streaming were all adults and of Asian and/or European descent.

- That these individuals were from the Philippines, Vietnam, Thailand, Germany, France, Poland, etc.

- That the live streaming depicted mothers removing clothing from their minor children thus exposing their breast areas and genitalia.

- That he compensated the mothers via PayPal by transferring money from his account to their accounts.

- That "sliprock900" is a username of one of his accounts on Skype.

23

-   That he confirmed that his former address is W5994 Garnet Drive, Appleton, US-WI 54915-7401, that his current telephone number is (920) 470-2736 and that his current email address is rb04364@yahoo.com.

31.     Upon conclusion of the interview, the HSI Special Agent asked BARTELT where his location was whenever he accessed child pornography and/or participated in the live streamed sessions. BARTELT stated that he was always at his prior residence located at W59994 Garnet Drive, Appleton, Wisconsin.

## BACKGROUND CONCERNING YAHOO

32.     In my training and experience, I have learned that Yahoo provides a variety of online services, including, but not limited to, Yahoo Search, Yahoo Maps, mapping services which provide driving directions, and electronic mail ("email") access, to the public. Yahoo allows customers to utilize the mapping service without creating a Yahoo account, but customers can also obtain email accounts at the domain name "yahoo.com". Yahoo also maintains records of the IP addresses associated with searches conducted on Yahoo Search and Yahoo Maps. Subscribes obtain an account by registering with Yahoo. During the registration process, Yahoo asks subscribers to provide basic personal information. Therefore, the Yahoo records are likely to contain information concerning users and their use of Yahoo services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user and activity.

33.     In my training and experience, Yahoo generally asks its subscribes to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers,

24

alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account numbers). Such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user and activity. Based on my training and experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identify, location, or illicit activities.

34. In my training and experience, Yahoo retains certain transactional information about the creation and use of each account on its systems. Yahoo also maintains transactional information about users who access a Yahoo account. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, Yahoo often has records of the IP address used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers, mobile devices, or other electronic devices were used to access the email account.

35. As explained herein, information stored in connection with a Yahoo account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element of an offense, or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with a Yahoo account can indicate who has used

25

or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

36.     Further, I know that information maintained by Yahoo can show how and when the account was accessed or used. Yahoo also collects and maintains location information pertaining to an account and the use of various Yahoo services. For example, as described below, Yahoo typically logs the Internet Protocol (IP) addresses from which users access a Yahoo account, along with the time and date of that access, and location data for the device(s) logged into the account. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner, but can also help locate the device that has logged into a Yahoo account.

37.     In my training and experience, e-mail providers typically retain sign-in, session state, and site cookies. E-mail providers also retain information linking accounts by sign-in, session state, and site cookies. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

38.     Web browsers collect User Agent Strings (UAS) of all visitors to a web page in order to provide the visitor a version of the website that is properly formatted for their web browser. A UAS provides details about the hardware and software the user might be using to visit the webpage; such as operating system, web browser version, and occasionally hardware manufacturer of the device used to visit the web page. These details will aid in identifying persons searching for information.

26

39. This application seeks a warrant to search all responsive records and information under the control of Yahoo, a provider subject to the jurisdiction of this court, regardless of where Yahoo has chosen to store such information. The government intends to require the disclosure pursuant to the requested warrant of the contents of wire or electronic communications and any records or other information pertaining to the customers or subscribers if such communication, record, or other information is within Yahoo's possession, custody, or control, regardless of whether such communication, record, or other information is stored, held, or maintained outside the United State

## **CONCLUSION**

40. Based on the forgoing, I request that the Court issue the proposed search warrant.

41. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Yahoo. Because the warrant will be served on Yahoo, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

27

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with email accounts sliprock900@yahoo.com, rb04364@yahoo.com, and gibanrose01@yahoo.com (the "Target Accounts"), that is stored at premises owned, maintained, controlled, or operated by Yahoo Inc., an electronic communications service and/or remote computing service provider headquartered at 770 Broadway, 9th Floor, New York, NY 10003-9562.

1

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Yahoo Inc. ("Yahoo")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Yahoo, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Yahoo is required to disclose the following information to the government for each account or identifier listed in Attachment A for the following information, for the time period of January 1, 2020 through the present:

a.      All business records and subscriber information, in any form kept, pertaining to the Account, including:

a.  Names (including subscriber names, usernames, and screen names);

b.  Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

c.  Telephone numbers, including SMS recovery and alternate sign-in numbers;

d.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

e.  Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, and alternate sign-in numbers;

f.  Length of service (including start date and creation IP) and types of service utilized;

g. Means and source of payment (including any credit card or bank account number); and

h. Change history.

b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Account(s), including, the date, time, length, and method of connection, data transfer volume, usernames, source and destination IP address, name of accessed service, and all activity logs;

d. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails. All forwarding or fetching accounts relating to the accounts.

e. Any records pertaining to the user's contacts, including address books; contact lists; social network links; groups, including groups to which the user belongs or communicates with; user settings; and all associated logs and change history.

f. The contents of all text, audio, and video messages associated with the account, in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history.

2

g.      All Location History and Web & App Activity indicating the location at which the account was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history.

h.      All Internet search and browsing history, and application usage history, including: search queries and clicks, including transcribed or recorded voice queries and responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history.

i.      All records pertaining to communications between Yahoo and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within FOURTEEN (14) DAYS of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, or instrumentalities of violations of 18 U.S.C. § 2251(a) or (c) and (e) (production and attempted production of child pornography; 18 U.S.C. § 2252(a)(1) and (b)(1) (transportation and attempted transportation of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution and attempted receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2252(a)(4)(B) and (b)(2) (possession of or access with intent to view and attempted possession of or access with intent to view a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. § 2422(b) (coercion and enticement and attempted coercion and enticement of a minor); involving the Yahoo emails listed in Attachment A, including the following:

a.     All files, documents, communications, images, videos, contacts, metadata, and logs associated with Yahoo emails in Attachment A related to visual depictions of minors engaging in sexually explicit conduct or child pornography, along with any evidence that would tend to show the true identities of the persons committing these offenses or the identities of the persons depicted in the images, videos, or other files.

b.     All activity logs and IP logs, including all records of the IP addresses that logged into the accounts or uploaded files into the accounts.

c.     Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

d.     Evidence indicating the account owner's state of mind as it relates to the crimes under investigation;

4

e.     Evidence concerning the ownership, use, and/or creation of the account, including records that help reveal the whereabouts of such person(s).

f.     All account information, including:

i)     full name; email address; telephone number; length of service; status of account (whether the account is active or disabled); settings on account to include if the account or its folders are open to the public to view and/or upload files to; type of account; payment information; IP addresses for account login and uploads; last seen IP addresses of computers linked to the account; mobile device information;

ii)     All logs of devices and accompanying serial or model numbers and other identifying numbers to include dates of activation, registration, deactivation, or use;

g.     All records pertaining to communications between Yahoo and any person regarding the user or the user's account, including contacts with support services and records of actions taken.